**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
MARINA LESHKASHELI,

                         Petitioner,

          -against-

WILLIAM JOYCE ET AL.,

                        Respondents.
--------------------------------------------------------------X

26 **CIVIL** 741 (LJL)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 28, 2026, the petition for a writ of habeas corpus is

GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
             February 2, 2026

                                 **TAMMI M. HELLWIG**

                                    **Clerk of Court**

**BY:**         K. Mango

                                    **Deputy Clerk**